[

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAISURE E. SMITH, | No. 2:11-cv-00142-MCE-EFB P |
| Plaintiff, | |
| vs. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a civil detainee confined at Coalinga State Hospital, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 3, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed June 3, 2011 (ECF No. 8), are ADOPTED in full; and

2. Defendant Solano County is DISMISSED with prejudice.

Dated: July 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE