IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRAISURE E. SMITH,

        Plaintiff,                      No. CIV S-11-0142 MCE EFB P

        vs.

SOLANO COUNTY, et al.,

        Defendants.            <u>ORDER</u>

                                        /

        On February 27, 2012, the court ordered defendants Firman, Cordero, and Corey to show cause why they should not be ordered to reimburse the United States Marshal for costs incurred in personal service because of their apparent failure to timely return their waivers of service. Dckt. No. 27. On March 2, 2012, defendants filed a response, stating:

> Attached hereto are true and accurate copies of waivers of service and the proofs of service of sending waivers to the Marshal's office for each of the three defendants named above and are dated November 4, 2011, a date within . . . 60 days of the date of this court's order of service. Dckt. No. 10.

Dckt. No. 29 at 1. Defendants' response misstates the record and only confirms that the Marshal is entitled to costs. The court ordered service of defendants on June 28, 2011. Dckt. No. 10. The Marshal mailed waivers to defendants the following day. Dckt. Nos. 13, 15, 22. The Marshal personally served defendants Firman and Cordero on October 24, 2011. Dckt. Nos. 13,

1

15. The Marshal personally served defendant Carey on November 2, 2011.  Dckt. No. 22.  The waivers of service that defendants attach to their response were already a part of the record at the time the court ordered them to show cause.  *See* Dckt. Nos. 19, 20, 21.  As defendants note, the waivers are dated November 4, 2011.  *Id.*  This was after each defendant had been personally served, and well after 60 days from June 29, 2011, when the Marshal mailed them the waivers.  Defendants have failed to show good cause for failing to timely waive service.

Accordingly, the court hereby ORDERS that:

1. Within 14 days from the date of service of this order, defendant Firman shall pay to the United States Marshal the sum of $110, defendant Cordero shall pay to the United States Marshal the sum of $100, and defendant Corey shall pay to the United States Marshal the sum of $288.85.

2. The Clerk of the Court shall serve a copy of this order on the U.S. Marshal.

DATED:  March 15, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2