1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRAISURE EARL SMITH,

12            Plaintiff,                    No. 2:11-cv-00142 MCE EFB P

13        vs.

14   SOLANO COUNTY, et al.,

15            Defendants.                   ORDER

16   _____/

17        Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action

18   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On August 24, 2012, the magistrate judge filed findings and recommendations

21   herein (ECF No. 35) which were served on all parties and which contained notice to all parties

22   that any objections to the findings and recommendations were to be filed within fourteen days

23   from the date the findings and recommendations were served.  Plaintiff has filed objections to

24   the findings and recommendations.

25   ///

26   ///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

2 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the

3 entire file, the Court finds the findings and recommendations to be supported by the record and

4 by proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations (ECF No. 35) filed August 24, 2012, are

7 ADOPTED IN FULL; and

8    2.  Plaintiff's February 1, 2012 motion for summary judgment (ECF No. 25) is

9 DENIED.

10  Dated:  September 24, 2012

11

12  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2