IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRAISURE EARL SMITH,

        Plaintiff,                      No. 2:11-cv-00142 MCE EFB

     vs.

SOLANO COUNTY, et al.,

        Defendants.          <u>ORDER</u>

                              /

        On December 28, 2012, plaintiff requested reconsideration of the magistrate judge's order filed December 10, 2012, which extended the deadline for filing dispositive motions. The court construes plaintiff's objections as a motion for reconsideration. Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."

///

///

///

///

///

///

1

1  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's
2  ruling was clearly erroneous or contrary to law.
3        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
4  the magistrate judge filed December 10, 2012, is affirmed.
5  DATED:   February 14, 2013

                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT JUDGE